**Order entered June 27, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00161-CR

### MANUEL ROCHA JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F15-75818-L

## ORDER

Before the Court is appellant's June 26, 2018 first motion to extend time to file his brief.

We **GRANT** the motion to the extent we **ORDER** the brief filed on or before July 31, 2018.


/s/     CRAIG STODDART
        JUSTICE